IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Thomas Hockman, et al., | : |
| Plaintiffs, | : |
| v. | : Case No. 2:15-cv-02899 |
| MANN+HUMMEL Purolator Filters, LLC | : Judge Watson |
| Defendant. | : Magistrate Judge Deavers |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Thomas Hockman, individually, hereby dismisses the entirety of his lawsuit against Defendant MANN+HUMMEL Purolator Filters, LLC ***with prejudice.*** This dismissal is without prejudice to the rights or claims of any person other than Plaintiff Thomas Hockman. The Parties shall bear their own costs and expenses associated with the action.

Respectfully Submitted,

/s/ _____
Taylor R. Ward, Esq. (0092383)
Law Office of Taylor Ward, LLC
405 N. Huron Street, 1st Floor
Toledo, Ohio 43604
Telephone: 419-690-4478
Facsimile: 419-690-4980
Email: taylorward2010@gmail.com
*Attorneys for Plaintiff, and the Proposed National Class and Ohio Subclass*

Pamela A. Borgess, Esq. (0072789)
Borgess Law, LLC
6800 W. Central Ave. Ste. E
Toledo, Ohio 43617
Telephone: 419-262-6148
Facsimile: 484-251-7797

        Email: pborgess@borgesslaw.com
        *Attorneys for Plaintiff, and the Proposed*
        *National Class and Ohio Subclass*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on January \_\_\_, 2016, a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record.


        /s/_____
        Taylor R. Ward, Esq.